IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| DOYCE WILLIAMS THOMPSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-185-O-BP |
| | § | |
| CHARLES D. RUTHART, | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that *pro se* Plaintiff Doyce Williams Thompson's application to proceed in forma pauperis is **DENIED**. Therefore, Ms. Thompson is instructed to pay the civil filing fee of $402.00 on or before **April 21, 2023** or her case will be dismissed without prejudice, meaning she may refile the case at a later date if she chooses.

**SO ORDERED** on this **5th day** of **April, 2023**.

Reed O'Connor
UNITED STATES DISTRICT JUDGE