IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **DOYCE WILLIAMS THOMPSON,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-185-O-BP |
| | § | |
| **CHARLES D. RUTHART,** | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

This Judgment is issued pursuant to Fed. R. Civ. P. 58(a).

On April 5, 2023, the Court ordered Plaintiff to pay the civil filing fee by April 21, 2023 or risk dismissal of this case without prejudice to refiling. The docket does not reflect that Plaintiff has filed the required filing fee.

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. This case is **DISMISSED without prejudice**.

2. The taxable costs of court, as calculated by the clerk of court, shall be borne by the party incurring the same.

3. The clerk shall transmit a true copy of this Judgment, together with a true copy of the Order accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, to the parties.

**SO ORDERED** on this **25th day** of **April, 2023**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE